MANTZ, Respondent, vs. SCHOEN & WALTER COMPANY
and others, Appellants.

*January 16—February 10, 1920:*

*Appeal: Order refusing to suppress adverse examination: Special
proceeding: Continuing a provisional remedy.*

> An order refusing to suppress the examination of a party under
> sec. 4096, Stats., before trial, is not a "special proceeding"
> as contemplated by sec. 2594, and does not continue a provi-
> sional remedy under sub. (3), sec. 3069, and hence is not
> appealable.

APPEAL from an order of the circuit court for Milwaukee
county: E. T. FAIRCHILD, Circuit Judge.   *Dismissed.*

The appeal is from an order denying the application of
the defendant *Schoen,* in his capacity of vice-president,
treasurer, and general manager of the defendant *Schoen &
Walter Company,* a corporation, and the application of the
corporation to dismiss the action as to this corporation and
*Schoen* as such officer and to dismiss and suppress the pro-
ceeding in the action for an examination of the corporation
and of *Schoen* as such officer under sec. 4096, Stats.

For the appellants the cause was submitted on the brief
of *Charles F. Puls, Jr.,* and *Christian Doerfler,* both of Mil-
waukee, and for the respondent on that of *Adolph Kanne-
berg* of Milwaukee.

PER CURIAM.   The trial court held that the affidavit of
plaintiff sufficiently charges in general the nature and object
of the action and is sufficient to entitle the court to proceed
with the examination, and that the petition to dismiss the
action and suppress the proceeding for an examination of
the petitioner as officer of the corporation must be denied.
In *Milwaukee C. Co. v. Flagge,* 170 Wis. 492, 175 N. W.
777, it is held that an order refusing to suppress an ex-
amination of a party under the provisions of sec. 4096,
Stats., before trial, is a mere proceeding in an action, and

is not a special proceeding as contemplated by sec. 2594. It was there also determined that such an order does not continue a provisional remedy within the provisions of sub. (3), sec. 3069, and hence such an order is not appealable.

*By the Court.*—The appeal is dismissed.